IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                                                CASE NO. 4:13cv27-RH/CAS

ADAMS STREET LOFTS, LLC;
STEVEN M. LEONI; and
JONATHAN D. LEONI,

    Defendants.

_____/

**ORDER SETTING THE DEADLINE FOR DOCUMENT
PRODUCTION, GRANTING LEAVE TO TAKE DEPOSITIONS,
AND SETTING AN ADDITIONAL STATUS CONFERENCE**

For the reasons set out on the record of the status conference on December 5, 2013,

IT IS ORDERED:

1. The motion for proceedings supplementary, ECF No. 29, is GRANTED IN PART. The plaintiff may obtain discovery as set out in this order and may move for further relief as may be appropriate. The defendants must

respond in accordance with the Local Rules to any motion for further relief but otherwise need not file a response to the motion for proceedings supplementary.

     2.     The defendants must produce documents in response to the pending production requests by December 30, 2013.

     3.     The plaintiff is granted leave to take depositions in aid of execution. A party must appear based on an appropriate notice without a requirement for service of a subpoena.

     4.     By separate notice, the clerk must set a status conference by telephone for 10:00 a.m. on January 10, 2014.

     SO ORDERED on December 6, 2013.

                                   s/Robert L. Hinkle
                                   United States District Judge